**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1899

RONALD SATISH EMRIT, a/k/a Presidential Candidate Number P60005535, a/k/a Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF), d/b/a United Emrits of America,

Plaintiff - Appellant,

v.

GOVERNOR WES MOORE, D-Maryland; AISHA BRAVEBOY, Prince George's County Executive; CONGRESSMAN JAMIE RASKIN, D-Maryland; SENATOR ANGELA ALSOBROOKS, D-Maryland; SENATOR CHRIS VAN HOLLEN, D-Maryland; ANTHONY BROWN, Maryland Attorney General,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:25-cv-02185-PX)

Submitted:  February 19, 2026                    Decided:  February 23, 2026

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Ronald Satish Emrit, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit filed a notice of appeal in his civil case a month after filing his complaint and before the district court had entered any orders. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Emrit does not seek to appeal either a final order or an appealable interlocutory or collateral order. Accordingly, we deny Emrit's motion to reinstate his case and dismiss the appeal for lack of jurisdiction.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Because Emrit's notice of appeal cannot supply jurisdiction to review the district court's dismissal order entered after he filed his notice of appeal, Emrit must file another notice of appeal if he wishes to appeal that order.